AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| UNITED STATES OF AMERICA<br>v.<br>BLAS TORRES | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

FILED
SEP 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70595-WDB | 2:03-CR-00049-WBS | 4-08-70595-WDB | 2:03-CR-00049-WBS |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☐ Complaint   ☒ Other (specify) Petition for Warrant for Offender Under Supervision Form 12

charging a violation of Title 18 U.S.C. § 3583

**DISTRICT OF OFFENSE**
U.S. District Court, Eastern District of California, Sacramento

**DESCRIPTION OF CHARGES:**
Supervised Release Violation

RECEIVED 2008 SEP 10 PM 4:26 U.S. MARSHAL NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

**CURRENT BOND STATUS:**
☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) On Sept. 10, 2008, the defendant waived his Idenity/Removal Hrg. and Detention Hrg. in the District of Arrest, reserving his rights to revisit the matter of detention de novo in the Eastern District of California, Sacramento.

**Representation:** ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?** ☒ No   ☐ Yes   Language: _____

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9-10-08
Date

United States Judge or Magistrate Judge   WAYNE D. BRAZIL

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |